IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DILLON MARKCUM,**                                                               **PLAINTIFF**
ADC #660047

VS.                               **4:18CV00036-BRW-JTK**

**TIM RYALS,** *et al.*                                                       **DEFENDANTS**

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

I certify that an *in forma pauperis* appeal would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment wil accompany this Order.

IT IS SO ORDERED this 12th day of March, 2018.

                                                          /s/ Billy Roy Wilson_____
                                                          UNITED STATES DISTRICT JUDGE